UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: LINDA C. CONSAUL

(Debtor)

Related Bankruptcy Case:
14-40969

---

VIRGINIA R. BARBOUR
by Charles H. Barbour, Jr.,
  as Power of Attorney
    (Plaintiff)

ADVERSARY PROCEEDING
AP 14-04076

vs.

LINDA C. CONSAUL, Individually
and as Trustee of Martha Ave. Realty Trust
    (Defendant)

---

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT
### FOR
### DETERMINATION OF DISCHARGEABILITY OF DEBT

and

### DEFENDANT'S MOTION TO ENLARGE TIME TO ANSWER COMPLAINT

NOW COMES THE DEBTOR/DEFENDANT in the above captioned proceeding and MOVES this Court to DISMISS the Plaintiff's Adversary Complaint.

In support of her motion the Debtor represents the following:

1. The Plaintiff brings his Complaint pursuant to §523(a)(2) false pretenses, false representation, and actual fraud, and §523(a)(4) fraud as fiduciary, embezzlement, and larceny.

2. The same exact underlying subject, events, and claims set forth in this Complaint are also currently pending in Middlesex Superior Court (Docket # Civil #MICV 2013-02195 L2) filed prior to the Debtor filing a Voluntary Petition in Bankruptcy.

3. In the Superior Court case there is another party defendant who is not subject to the jurisdiction of the Bankruptcy Court.

4. All Defendants in the Superior Court case have filed their answers and request for production of documents and interrogatories have been propounded.

5. To date no findings or judgment have been entered against any Defendant in the Superior Court action.

6. Until such time that a judgment enters against the Debtor the issue of Dischargeability in Bankruptcy is moot.

**WHERFORE**, Debtor/Defendant respectfully request that the Court:

1. **DISMISS** the Complaint in its entirety;

2. **OR** in the alternative, enlarge the time for the Debtor/Defendant to file an answer within 30 days after an entry of a final judgment against the Debtor/Defendant in the Middlesex Superior Court case;

2. **ORDER** such other and further relief the Court deems just and meet,


Dated: November 10, 2014

                                    Respectfully submitted by
                                    DEBTOR/DEFENDANT,
                                    Linda C. Consaul
                                    By her attorney

                                    Patrick J. Wood, Esquire
                                    BBO 533600
                                    11 Summer Street
                                    Chelmsford, MA 01824
                                    Tel: (978) 256-1515
                                    Fax: (978) 256-3659

# United States Bankruptcy Court
## District of Massachusetts

In re  Linda C Consaul                                         Case No.  14-04076
                              Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on **November 10, 2014**, a copy of Motion to Dismiss Plaintiff's Complaint for Determination of Dischargeability of Debt and Defendants Motion to Enlarge Time to Answer Complaint was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Kajko, Weisman, Colasanti & Stern, LLP
Craig J. Tiedemann, Esquire
430 Bedford, Street, Ste 190
Lexington, MA 02420

Virginia R. Barbour
11219 SW 71st Terrace Road
Ocala FL 34476

Charles H. Barbour, Jr.
14813 SW 112th Circle
Dunnellon, FL 34432

/s/ Patrick J. Wood
Patrick J. Wood
Patrick J. Wood, Esquire
11 Summer Street
Suite 8
Chelmsford, MA 01824
978-256-1515 Fax:978-256-3659
eliz.lyle @verizon.net, pjwood.esq@verizon.net