UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

US BANKRUPTCY COURT

2014 NOV 24 PM 4 04

14-40969 MSH

| | |
|---|---|
| **VIRGINIA R. BARBOUR,**<br>*By* **CHARLES H. BARBOUR, JR.,**<br>as *POWER OF ATTORNEY*,<br><br>PLAINTIFF,<br><br>v.<br><br>**LINDA C. CONSAUL**, Individually, and as<br>**TRUSTEE OF MARTHA AVE. REALTY TRUST**<br><br>DEFENDANTS. | U.S.B.C. No.: **AP-14-04076** |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY
OF DEBT and MOTION TO ENLARGE TIME TO ANSWER COMPLAINT**

Plaintiff in this Adversary Proceeding, Virginia Barbour, by/through Charles H. Barbour, Jr., Power of Attorney, hereby Opposes Defendant's Motion to Dismiss Plaintiff's Complaint, and Enlarge Time to Answer Complaint. As grounds herefor, Plaintiff states as follows.

1. This is an Adversary Proceeding under 11 U.S.C. §§ 523(a)(2)(A) & 523(a)(4) for determination of dischargeability in *In re* Linda C. Consaul, U.S.B.C. No. 14-40969 (Hoffman, J.).

2. At the time Defendant filed bankruptcy (in 14-40969), the listed debt to Plaintiff was at issue in a pending case in Middlesex Superior Court, *Barbour v Linda C. Consaul, Individually and as Trustee of Martha Avenue Realty Trust,* No. MICV-2013-02195, in which Plaintiff asserts claims against Defendant for fraud, intentional misrepresentation, breach of fiduciary duty, and c. 93A, involving the transfer of real property from Plaintiff to Defendant, as Trustee. (Plaintiff's Complaint in MICV-2013-02195 is Exh. 1 to the Adversary Proceeding Complaint herein).

3. As a result of Defendant's June 2, 2014, Suggestion of Bankruptcy (in 14-40969), the

1

Middlesex Superior Court action was automatically stayed pursuant to 11 U.S.C. § 362(a).

4. Defendant now seeks to dismiss the Adversary Complaint herein pending completion of the Superior Court case, which has been (and remains) automatically stayed.

5. Plaintiff was required to file this Adversary Proceeding – to determine dischargeability of her debt in 14-40969 due to defendant's fraud – specifically to *avoid* the automatic discharge of Plaintiff's debt in 14-40969, and *to preserve* Plaintiff's rights to recover those (non-dischargeable) damages from Defendant in the Superior Court case after full resolution of this Adversary Proceeding.

6. Defendant has not recited any legitimate or appropriate reason to dismiss Plaintiff's Adversary Proceeding Complaint in favor of Plaintiff's currently-*stayed* Superior Court case.

7. Indeed, if Plaintiff's Adversary Proceeding Complaint is dismissed before the Court herein determines if Defendant's debt to Plaintiff (in 14-40969) is non-dischargeable (due to Defendant's alleged fraud), Plaintiff's debt would be automatically discharged, prior to the proper determination of dischargeability herein, mooting Plaintiff's Superior Court claims to recover damages caused by Defendant's fraud wrongfully discharged in 14-40969.

8. Denying Defendant's Motion to Dismiss pending completion of the Superior Court case moots Defendant's alternative request, for an extension of time to answer the Adversary Proceeding Complaint until 30 days after final judgment in the stayed Superior Court case.

WHEREFORE, for the foregoing reasons, Plaintiff, Virginia R. Barbour, by/through Charles H. Barbour, Jr., Power of Attorney, respectfully requests that the Court DENY Defendant's Motion to Dismiss Adversary Proceeding Complaint and Enlarge Time for Filing Answer herein.

<u>Dated</u>: November 24, 2014

Respectfully submitted by PLAINTIFF,

**VIRGINIA BARBOUR**, By **Charles H. Barbour, Jr.**,
By Their Attorneys,
KAJKO, WEISMAN, COLASANTI & STEIN, LLP

David B. Stein, BBO# 556456
Craig J. Tiedemann, BBO # 637547
430 Bedford Street
Lexington, MA 02420
Tel.: (781) 860-9500
Fax: (781) 863-0046
ctiedemann@massfirm.com

**United States Bankruptcy Court**
**District of Massachusetts**

In re <u>Linda C. Consaul</u>                              Case No. <u>14-04076</u>
                    Debtor(s)

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>November 24, 2014</u>, a copy of the Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint for Determination of Dischargeability of Debt and Motion to Enlarge Time to Answer Complaint was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Patrick J. Wood, Esquire
11 Summer Street, U-8
Chelmsford, MA 01824

Linda Consaul, Individually and as Trustee of Martha Ave. Realty Trust
91 Martha Avenue
Tewksbury, MA 01876

Brian T. Akashian, Esquire
One Courthouse Lane
Chelmsford, MA 01824

David B. Stein, BBO# 556456
Craig J. Tiedemann, BBO # 637547
430 Bedford Street
Lexington, MA 02420
Tel.: (781) 860-9500
Fax: (781) 863-0046
<u>dstein@massfirm.com</u>
<u>ctiedemann@massfirm.com</u>