Case 14-04076    Doc 18    Filed 01/09/15    Entered 01/09/15 11:31:28    Desc Main
           Document      Page 1 of 1

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

### Proceeding Memorandum/Order of Court

**In Re:** Virginia R. Barbour v. Linda C. Consaul    **Case Number:** 14-04076    (MSH)    **Ch:**

In re LINDA C. CONSAUL, 14-40969
#8  Debtor/Defendant's Motion to Dismiss Plaintiff's Complaint for Determination of Dischargeability of Debt and Motion to Enlarge Time to Answer Complaint and #17 Opposition of Plaintiff.

**COURT ACTION:**

| Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| ✔ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |

_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

THIS ADVERSARY PROCEEDING IS STAYED PENDING THE OUTCOME OF THE MIDDLESEX SUPERIOR COURT ACTION, CIVIL DOCKET #MICV 2013-02195 L2, OR FURTHER ORDER OF THIS COURT.

IT IS SO ORDERED:

_____  Dated: 01/08/2015

Melvin S. Hoffman
United States Bankruptcy Judge